**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**LAMB,** *individually and on behalf of all others similarly situated*,

                    **Plaintiffs,**

-against-

**FORBES MEDIA LLC,**

                    **Defendant.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/27/2023

**22-cv-06319-ALC**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the parties' premotion conference letters related to Defendant's anticipated motion to dismiss. ECF Nos. 23, 24. Defendant's request for a premotion conference is **DENIED**. Defendant is hereby **GRANTED** leave to file a motion to dismiss. The parties are directed to adhere to the following briefing schedule:

    **Opening Brief:**    February 27, 2023

    **Opposition:**    March 29, 2023

    **Reply:**    April 12, 2023

**SO ORDERED.**

Dated:    **January 27, 2023**
           **New York, New York**

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**